UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x

ALEXANDER VARGAS,　　　　　　　　　　　07-CV-1696 (NG) (LB)

　　　　　　Plaintiff,

　　　　　　　　　　　　　　　　　　　　　　　**ORDER**

　　-against-

SERENA ALEXIS

　　　　　　Defendant.
--------------------------------------------------------x

**GERSHON, United States District Judge:**

　　By Report and Recommendation dated July 28, 2008, Magistrate Judge Lois Bloom recommends that plaintiff's action be dismissed. I hereby adopt the unopposed Report and Recommendation and dismiss plaintiff's complement pursuant to Fed. R. Civ. P. 16(f) and 37(b)(2)(A)(v).

　　　　　　　　　　　　　　　　　　　　　　**SO ORDERED.**

　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　**NINA GERSHON**
　　　　　　　　　　　　　　　　　　**United States District Judge**

Dated:　　Brooklyn, New York
　　　　　September 5, 2008